IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-CR-63-WKW |
| | ) | [WO] |
| MAHORACE LAGUARIA JACKSON | ) ) | |

## **ORDER**

Before the court are (1) the Recommendation of the Magistrate Judge (Doc. # 70), entered after a two-day evidentiary hearing, (2) Defendant's Objections to the Recommendation and Motion for *De Novo* Hearing (Doc. # 71), and (3) the Government's Response to Defendant's Objections (Doc. # 74). Based upon a *de novo* review of those portions of the Recommendation to which Defendant objects, *see* 28 U.S.C. § 636(b)(1), it is ORDERED as follows:

(1)   The Recommendation (Doc. # 70) is ADOPTED;

(2)   Defendant's Objections to the Recommendation (Doc. # 71) are OVERRULED;

(3)   Defendant's Motion for *De Novo* Hearing (Doc. # 71) is DENIED; and

(4)   Defendant's Motion to Suppress (Doc. # 17) is DENIED.

DONE this 8th day of May, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE